446 A.2d 684

Commonwealth v. Zazo, Appellant.
Petition for Allowance of Appeal Denied Sept. 17, 1982.

Submitted November 4, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The judgment of sentence is affirmed.